IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-116-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JULIUS GRANT JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as frivolous Julius Grant Jackson's request to quash his state criminal

prosecution [D.E. 1]. Jackson must raise the issues he discusses in his state criminal case. The

court REMANDS this action to Harnett County Superior Court.

SO ORDERED. This 7 day of July, 2026.

JAMES C. DEVER III
United States District Judge